IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. JOLES, <br><br> *Plaintiff*, <br><br> v. <br><br> CITY OF MILFORD, <br> MAYOR ARTHUR J. CAMPBELL, <br> Mayor of the City of Milford, and <br> KENNETH L. BROWN, Chief of <br> Police of the Milford Police <br> Department, <br><br> *Defendants*. | C.A. No.: 1:19-cv-00613-CFC |

## PROPOSED STIPULATION AND MOTION TO DISMISS

Comes Now, the parties to this action, by and through their attorneys, and hereby stipulate to the dismissal of the above-captioned case with prejudice.

BY: */s/ Gary E. Junge*
Gary E. Junge, Esq. (#6169)
Schmittinger & Rodriguez, P.A.
414 S. State Street
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiff

BY: */s/ Helene Episcopo*
Helene Episcopo, Esq (#6406)
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 888-1112

**SO ORDERED** this _____ day of _____, 2019.

_____
**Judge**