IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. JOLES, | C.A. No.: 1:19-cv-00613-CFC |
| *Plaintiff,* | |
| v. | |
| CITY OF MILFORD, MAYOR ARTHUR J. CAMPBELL, Mayor of the City of Milford, and KENNETH L. BROWN, Chief of Police of the Milford Police Department, | |
| *Defendants.* | |

### PROPOSED STIPULATION AND MOTION TO DISMISS

Comes Now, the parties to this action, by and through their attorneys, and hereby stipulate to the dismissal of the above-captioned case with prejudice.

BY: /s/ *Gary E. Junge*
Gary E. Junge, Esq. (#6169)
Schmittinger & Rodriguez, P.A.
414 S. State Street
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiff

BY: /s/ *Helene Episcopo*
Helene Episcopo, Esq (#6406)
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 888-1112

SO ORDERED this 11th day of March, 2021.

_____
Judge